FILED
CLERK, U.S. DISTRICT COURT

August 18, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CHARLES CRAIN,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA, Warden,<br><br>    Respondent. | Case No. ED CV 14-1596-JLS (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1     IT IS THEREFORE ORDERED that Judgment be entered denying the
2 petition and dismissing this action with prejudice.

4 Dated: August 17, 2015

_____
JOSEPHINE L. STATON
United States District Judge