JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

August 18, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CHARLES CRAIN,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA, Warden,<br><br>Respondent. | Case No. ED CV 14-1596-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: August 17, 2015

_____
JOSEPHINE L. STATON
United States District Judge